IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>TONIA SHONDREA RUTLEDGE )<br>    Defendant, )<br> )<br>and )<br> )<br>HOSPICE CARE OF SUMTER, LLC, )<br>    Garnishee. ) | CASE NO. DNCW3:00CR46-2<br>(Financial Litigation Unit) |

**DISMISSAL OF CONSENT ORDER OF GARNISHMENT**

**UPON MOTION** of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Consent Order of Garnishment filed in this case against Defendant Tonia Shondrea Rutledge is **DISMISSED**.

**SO ORDERED**.

Signed: November 6, 2015

_____
David S. Cayer
United States Magistrate Judge