IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:00CR46-2 |
| | ) | (Financial Litigation Unit) |
| TONIA SHONDREA RUTLEDGE | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE GAP, INC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant

Tonia Shondrea Rutledge is DISMISSED.

**SO ORDERED**.

Signed: February 16, 2018

David S. Cayer
United States Magistrate Judge