IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>TONIA SHONDREA RUTLEDGE,<br>    Defendant,<br><br>and<br><br>KURZ TRANSFER PRODUCTS,<br>    Garnishee. | CASE NO. DNCW3:00CR46-2<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment against Defendant Tonia Shondrea Rutledge as to Garnishee Kurz Transfer Products is DISMISSED.

**SO ORDERED**.

Signed: February 20, 2020

_____
David S. Cayer
United States Magistrate Judge