IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:00CR46-2 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| TONIA SHONDREA RUTLEDGE, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| KURZ TRANSFER PRODUCTS, | ) | |
|     Garnishee. | ) | |

## ORDER OF GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Kurz Transfer Products as the Garnishee. On September 25, 2000, the Honorable Richard L. Voorhees sentenced the Defendant to time served and five years of supervised release on her conviction for embezzlement by a bank employee and bank fraud in violation of 18 U.S.C. §§ 656 and 1341. Judgment in the criminal case was entered on October 30, 2000 (Doc. No. 59). As part of that Judgment, the Defendant was ordered to pay an assessment of $200.00 and restitution of $723,661.37, joint and several with her Co-Defendants, to the victims of the crime. *Id.*

On January 7, 2020, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 177) to the Garnishee, Kurz Transfer Products. Defendant was served with the Writ and Instructions notifying her of her right to request a hearing on January 11, 2020, and the Garnishee was served with the Writ on or about January 14, 2020. The Garnishee filed an Answer on January 22, 2020 (Doc. No. 182) indicating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. The Defendant filed a request for hearing with the Court on January

16, 2020 (Doc. No. 180). The United States filed a response to Defendant's Motion on January 17, 2020 (Doc. No. 181).

IT IS THEREFORE ORDERED that the Defendant's request for hearing is DENIED for the reasons stated in the Government's response and an Order of Garnishment is hereby ENTERED in the amount of $717,477.86 computed through January 7, 2020. The Garnishee will pay the United States up to twenty-five percent of the Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred percent of all 1099 payments. *See* 15 U.S.C. § 1673(a). The Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:00CR46-2.

IT IS FURTHER ORDERED that the Garnishee advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: August 20, 2020

_____
David S. Cayer
United States Magistrate Judge